**Order filed April 24, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00769-CR
_____

**CURTIS JAMES PRITCHARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 1804094**

## ORDER

The clerk's record was filed September 13, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a certified bill of costs.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 22, 2014, containing a certified bill of costs.

PER CURIAM